No. 204, Misc.   COOPER v. MISSOURI.   Supreme Court of Missouri.   Certiorari  denied.

No. 208, Misc.   FERRELL v. ELLIS, CORRECTIONS DIRECTOR.   Court of Criminal Appeals of Texas.   Certiorari denied.

No. 209, Misc.   DEAN v. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 210, Misc.   DEUTSCHMANN v. UNITED STATES. C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 211, Misc.   COPPEDGE v. UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se.  Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 213, Misc.   GOODLET ET AL. v. GOODMAN, WARDEN. Supreme  Court  of  New  Jersey.   Certiorari  denied.

No. 214, Misc.   RENTERIA v. SUPERIOR COURT, LOS ANGELES COUNTY, ET AL.   Supreme Court of California. Certiorari denied.

No. 218, Misc.   ELLIS v. PATE, WARDEN.   Circuit Court of Will County, Illinois.   Certiorari denied.

No. 225, Misc.   TURPIN v. SACKS, WARDEN.   C. A. 6th Cir.   Certiorari denied.